# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Jeffrey Blevins, et al., | : | |
| Plaintiffs, | : | Case No. 2:18-cv-364 |
| v. | : | Chief Judge Sargus |
| Capital Alliance Group, | : | Magistrate Judge Jolson |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jeffrey Blevins hereby dismisses this action without prejudice.

                                                Respectfully submitted,

Date:  August 15, 2018

/s/ *Matthew R. Wilson*
Matthew R. Wilson (0072925)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (0091162)
Email: mboyle@meyerwilson.com
MEYER WILSON CO., LPA
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 819-8230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed via the Court's ECF system and served on all parties appearing.

By: /s/ *Matthew R. Wilson*
Matthew R. Wilson

*One of the Attorneys for Plaintiff*